IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| NEWREZ LLC *d/b/a* SHELLPOINT MORTGAGE SERVICING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ESTATE OF CAROL A. GRANT,<br>CHERYL ANN CAVACO,<br>JOHN E. GRANT III,<br>TESLA ENERGY OPERATIONS, INC.<br>　*f/k/a* SolarCity Corporation,<br>MASSACHUSETTS DEPARTMENT OF<br>　REVENUE, Estate Tax Department, and<br>UNITED STATES OF AMERICA<br>　(incorrectly named as Internal Revenue<br>　Service – Advisory Consolidated Receipts)<br><br>　　　　　Defendants. | Case No. 1:22-cv-10468<br>(Formerly Civil Action No. 2272CV00039 in the Barnstable County Superior Court) |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that the action styled *NewRez LLC, d/b/a Shellpoint Mortgage Servicing*, Civil Action No. 2272CV00039, now pending in the Barnstable County Superior Court, is removed to the United States District Court for the District of Massachusetts by and on behalf of the United States of America[1] pursuant to 28 U.S.C § 1442 and 1444.

This action involves claims arising under the Internal Revenue Code (26 U.S.C.). Removal is proper under 28 U.S.C. § 1442(a)(1), which provides that the United States may remove actions brought against "[t]he United States or any agency thereof." Removal is also proper under 28 U.S.C. § 1444, which allows removal of any action brought under 28 U.S.C.

---

[1] Internal Revenue Service – Advisory Consolidated Receipts is improperly named as a Defendant instead of the United States of America. The caption has been altered to reflect this.

§ 2410 against the United States in any state court.  Section 2410 is a limited waiver of sovereign immunity that allows the United States to be sued in an interpleader action, such as the present case.

A copy of all non-duplicative process and pleadings received by the trial attorney for the United States to the date of this notice is attached, as required by 28 U.S.C. § 1446(a).  No prior removal of the action has been attempted.

This notice of removal is filed in accordance with the procedures of 28 U.S.C. § 1446, and the removal of the action is timely under the provisions of 28 U.S.C. § 1446(b).

DATED:  March 28, 2022

DAVID A. HUBBERT
Deputy Assistant Attorney General
Tax Division, U.S. Department of Justice

*/s/ Philip L. Bednar*
PHILIP L. BEDNAR
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-307-6415 (v)
202-514-5238 (f)
Philip.L.Bednar@usdoj.gov
WA State Bar No. 41304
Counsel for Defendant United States of America

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and copies will be sent to those indicated as non-registered participants on March 28, 2022.

Tracy A. Kish, Esq.
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA  01851
**Attorneys for Plaintiff NewRez, LLC d/b/a Shellpoint Mortgage Servicing**

Estate of Carol A. Grant
428 Old Mill Road
Osterville, MA  02655
**Defendant**

Cheryl Ann Cavaco
428 Old Mill Road
Osterville, MA  02655
**Defendant**

John E. Grant, III
7020 Arnold Avenue, Unit B
JBER, AK  99506
**Defendant**

Tesla Energy Operations, Inc. f/k/a SolarCity Corporation
Attn:  C T Corporation System, Registered Agent
155 Federal Street, Suite 700
Boston, MA  02110
**Defendant**

Commonwealth of Massachusetts – Department of Revenue
100 Cambridge Street
P.O. Box 7023
Boston, MA  02204
**Defendant**

                                                                            */s/ Philip L. Bednar*